FILED

2006 May-15  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA PATRONAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:05-CV-274-VEH** |
| | ) |
| **FRANKLIN COLLECTION** | ) |
| **SERVICE, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

---

## <u>ORDER</u>

The court having received the Joint Stipulation of Dismissal (doc. 16) in this case, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED**, costs taxed as paid, **WITH PREJUDICE**.

**DONE** this the 15th day of May, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge